# EXHIBIT A

NYSCEF  
Nassau County Supreme Court

# Document List

**Index #** 607805/2024

Created on: 08/29/2024 01:53 PM

**Case Caption:** SDN Limited et al v. IOV Labs Limited et al  
**Judge Name:** Sharon Gianelli

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE<br>Summons with Notice | Processed | 05/03/2024 | Piskora, J. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service | Processed | 07/29/2024 | Piskora, J. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service IOV LABS | Processed | 08/21/2024 | Piskora, J. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service RSK LABS | Processed | 08/21/2024 | Piskora, J. |
| 5 | NOTICE OF MOTION (Motion #001)<br>Notice of Motion to Enlarge Time for Service | Processed | 08/21/2024 | Piskora, J. |
| 6 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #001)<br>Affirmation of John Piskora in Support of Motion to Extend Plaintiffs' Time to Complete Service of P | Processed | 08/21/2024 | Piskora, J. |
| 7 | EXHIBIT(S) - 1 (Motion #001)<br>Affirmation of Maria J. Gutierrez in Support of Motion for Extension of Time | Processed | 08/21/2024 | Piskora, J. |
| 8 | EXHIBIT(S) - 2 (Motion #001)<br>Affidavit of Non-Service on Defendant Cobo | Processed | 08/21/2024 | Piskora, J. |
| 9 | MEMORANDUM OF LAW IN SUPPORT (Motion #001)<br>Memorandum of Law in Support of Plaintiffs' Motion to Extend the Time to Complete Service of Process | Processed | 08/21/2024 | Piskora, J. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #001)<br>Affirmation of Service | Processed | 08/21/2024 | Piskora, J. |
| 11 | RJI -RE: NOTICE OF MOTION (Motion #001)<br>Request for Judicial Intervention | Processed | 08/21/2024 | Piskora, J. |
| 12 | ADDENDUM - COMMERCIAL DIVISION (840C) (Motion #001) | Processed | 08/21/2024 | Piskora, J. |