# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>                                    Plaintiffs,<br><br>                    v.<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>                                    Defendants. | Index No. _____<br><br>**SUMMONS WITH NOTICE**<br><br>PLAINTIFFS DESIGNATE NASSAU COUNTY AS THE PLACE OF TRIAL |

**TO THE ABOVE-NAMED DEFENDANTS:**

  **YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on Plaintiffs' attorneys within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after the service is complete if the summons is not personally delivered to you within the State of New York.

  Venue is properly before this Court pursuant to CPLR § 503(a) because Plaintiff Nerayoff resides in this County. Nassau County is designated as the place of trial. Jurisdiction over Defendants, and each of them, is proper pursuant to CPLR §§ 301 and 302 because Defendants (1) transacted business within the state or contracted anywhere to supply goods or services in the state; (2) committed tortious acts within the state; and (3) committed tortious acts without the state causing injury within the state.

  **TAKE NOTICE THAT** this is an action for fraud, aiding-and-abetting fraud, and rescission based upon Defendants' conduct in connection with the unregistered offering and sale of RIF tokens. To induce Plaintiffs to purchase Defendants' RIF tokens, Defendants made numerous knowing misrepresentations of material fact, as well as material omissions, that

Plaintiffs justifiably relied upon to their detriment in making their investments. More particularly, at meetings with Plaintiffs, both within and outside of New York, Defendants falsely represented that Defendants' RIF blockchain was a second-layer blockchain solution that would provide Ethereum-style smart contract capabilities and other functionality to the Bitcoin blockchain. At the time Defendants made these representations, upon which Plaintiffs reasonably relied, Defendants knew that the RIF blockchain had no such functionality, no such functionality had ever been developed, and that they had no plans for such functionality. Following the launch of the RIF blockchain, Defendants' fraud was revealed and the value of Plaintiffs' investments declined over 99%. Plaintiffs seek the rescission of their investments and the return of their invested Bitcoin or, in the alternative, monetary damages at the date of judgment in an amount not less than $100 million, plus interest thereon.

**TAKE FURTHER NOTICE THAT** in case of your failure to appear, judgment will be sought and may be taken against you in the form of a rescission award or, in the alternative, in an amount of monetary damages at the date of judgment not less than $100 million, plus interest, and the costs and disbursements of this action as the Court may award.

Dated: New York, New York
      May 3, 2024

                        LOEB & LOEB LLP

                        By: _/s/ John A. Piskora_
                            John A. Piskora (jpiskora@loeb.com)
                            David A. Forrest (dforrest@loeb.com)
                            345 Park Avenue
                            New York, NY 10154
                            Tel: (212) 407-4000

                            *Attorneys for Plaintiffs SDN Limited and Steven Nerayoff*

To:  IOV LABS LIMITED
    Suite 23 Portland House
    Glacis Road
    Gibraltar GX11 1AA

    RIF LABS LIMITED
    Suite 23 Portland House
    Glacis Road
    Gibraltar GX11 1AA

    RSK LABS LIMITED
    BVI 1895440
    Morgan & Morgan Building
    Pasea Estate
    Road Town, Tortola
    British Virgin Islands

    DIEGO GUTIERREZ ZALDIVAR
    2028 4 R Vidt
    Buenos Aires C1425
    Argentina

    ALEJANDRO MARIA ABERG COBO a/k/a Alex Cobo
    600 Grapetree Drive, Apt. 10GN
    Key Biscayne, FL 33149-2707

    Camino De Los Horneros 220
    Lomas De La Tahoma Lote 346
    14000 Colonia Nicolich
    Canelones Uruguay