# EXHIBIT C

LOEB & LOEB LLP 345 PARK AVENUE NEW YORK, NY 10154

# AFFIRMATION OF SERVICE

Client's File No.: _____

Index Number: 607805/2024

Date Filed: May 3, 2024

Court Date: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

*SDN LIMITED and STEVEN NERAYOFF,*

Plaintiff

vs

*IOV LABS LIMITED, et al.,*

Defendant

The undersigned affirms and says: that affirmant is not a party to this action, is over 18 years of age and resides in the State of Tennessee

That on the following date: July 26, 2024, at the following time: 10:35 AM,
at ACME FEED & SEED, 101 BROADWAY, NASHVILLE, TN 37201 affirmant served the within Summons with Notice and Notice of Electronic Filing (Mandatory Case) - Form EFM-1

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: **RSK LABS LIMITED C/O RAUL LAPRIDA, AS OFFICER**

**Individual** — [ ] By delivering a true copy thereof to said recipient personally; affirmant knew the person so served to be the individual described therein.

**Responsible Person** — [ ] By delivering to and leaving with _____, Relationship _____
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

**Corporation LLC / LLP** — [X] By delivering to and leaving with RAUL LAPRIDA said individual to be OFFICER who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

**Affixing To Door** — [ ] By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

**Previous Attempts** — [ ] Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**
Sex: Male   Color of skin: White   Color of hair: Black   Age: 25 - 35 Yrs.   Height: 5ft 4inch - 5ft 8inch
Weight: 160-200 Lbs.   Other Features: Glasses & five o'clock shadow

**Mail** — [ ] A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on _____

**WITNESS FEES** — [ ] Subpoena Fee Tendered in the amount of $ ____

**MILITARY SERVICE** — [ ] I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**Other** — [ ]

I affirm on 07/26/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*/s/ Keith Mays*

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Keith Mays

PROCESS SERVER LICENSE # _____

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542    Work Order # 1488025

1 of 1