# EXHIBIT E

Case 2:24-cv-06089-JMA-AYS   Document 1-5   Filed 08/30/24   Page 1 of 3 PageID #: 20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

SDN LIMITED and STEVEN NERAYOFF,

                    Plaintiffs,

v.

IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,

                    Defendants.

Index No. 607805/2024

**AFFIRMATION OF SERVICE**

---

      **JOHN A. PISKORA**, an attorney duly admitted to practice law in the Courts of the State of New York, affirms as follows under penalties of perjury pursuant to CPLR 2106:

      1.      I am a partner of Loeb & Loeb LLP, attorneys for Plaintiffs SDN Limited and Steven Nerayoff in this action. I am not a party to this action and am over 18 years of age.

      2.      On August 16, 2024, in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"), as applicable to Gibraltar, the undersigned attorney served a true and correct copy of the foregoing: (a) **Summons with Notice** filed in this action, dated May 3, 2024; and (b) **Notice of Electronic Filing**, upon the following:

      RSK LABS Ltd. (BVI co #1895440)
      Morgan & Morgan Bldg.
      Pasea Estate
      Road Town
      Tortola
      British Virgin Islands

by depositing true and correct copies thereof enclosed in a securely sealed, properly addressed, and fully paid international shipping envelope under the care of Federal Express.

Dated: New York, New York
      August 21, 2024

By: _____
    John A. Piskora (jpiskora@loeb.com)
    Loeb & Loeb LLP
    345 Park Avenue
    New York, NY 10154
    Tel: (212) 407-4000

    *Attorneys for Plaintiffs*
    *SDN Limited and Steven Nerayoff*