# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
_____

SDN LIMITED and STEVEN NERAYOFF,

                    Plaintiffs,

        v.

IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,

                    Defendants.

Index No. 607805/2024

**Motion Sequence No. 1**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated August 21, 2024; the supporting Affirmation of John Piskora, Esq. (with the exhibits thereto), dated August 21, 2024; and all prior proceedings and filings made herein, Plaintiffs SDN Limited and Steven Nerayoff, by their attorneys, Loeb & Loeb LLP, will move this Court, on August 30, 2024, at 9:30 a.m., or as soon thereafter as counsel can be heard, will move this Court before a Commercial Division Justice to be assigned, at the Courthouse located at 100 Supreme Court Drive, Mineola, New York 11501, for the entry of an Order, pursuant to CPLR 306-b, enlarging the time for service upon the foreign Defendants IOV Labs Limited, RIF Labs Limited, RSK Labs Limited, Diego Gutierrez Zaldivar, and Alejandro Maria Aberg Cobo a/k/a Alex Cobo for an additional 120 days.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to CPLR 2214(b), answering papers, if any, shall be filed and served at least two (2) days prior to the return date.

Dated: New York, New York
       August 21, 2024

LOEB & LOEB LLP

By:   */s/ John A. Piskora*
     John A. Piskora
     David A. Forrest
     345 Park Avenue
     New York, NY 10154
     (212) 407-4000
     jpiskora@loeb.com
     dforrest@loeb.com

*Attorneys for Plaintiffs*
*SDN Limited and Steven Nerayoff*

239565053.1
242277-10003