# EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------X
SDN LIMITED and STEVEN NERAYOFF,

    *Plaintiffs,*

v.

IOV LABS LIMITED, RIF LABS LIMITED,
RSK LABS LIMITED, DIEGO GUTIERREZ
ZALDIVAR, and ALEJANDRO MARIA
ABERG COBO a/k/a ALEX COBO,

    *Defendants.*
---------------------------------------------------------------X

Index No. 607805/2024

**AFFIRMATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

**Maria J. Gutierrez**, being duly sworn, affirms as follows under penalties of perjury pursuant to CPLR 2106:

1. I am not a party to this action, am over 18 years of age, and am employed by Judicial Process and Support, Inc., 19 W Flagler St., #610, Miami, FL 33130.

2. Judicial Process and Support, Inc. is a process serving company authorized to serve service of process. Judicial Process and Support, Inc., has been in business since April 2000 and specializes in service of process internationally under The Hague Convention.

3. Judicial Process and Support, Inc. was retained by Plaintiffs' counsel to serve the following legal documents: (i) Summons with Notice and; (ii) Notice of Electronic Filing, upon: RIF LABS LIMITED and IOV LABS LIMITED, located in Gibraltar; RSK LABS LIMITED, located in the British Virgin Islands; and Diego Gutierrez Zaldivar, located in Argentina.

4. Based on our experience, the process under The Hague Convention for service in Gibraltar, The British Virgin Islands, and Argentina, are each expected to take from six to twelve months to be completed.

5. This Affirmation is prepared and executed in anticipation that the attorney of record will need to move this court for an extension of time.

I affirm this 21st day of August, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action of proceeding in a court of law.

*Maria J. Gutierrez*
Maria J. Gutierrez
President, Judicial Process and Support, Inc.

2