# EXHIBIT I

## VERIFIED RETURN OF NON-SERVICE

**State of New York**      **County of NASSAU**     **Supreme Court**

Index Number: 607805/2024
Date Filed: _____

JPS2024002956

**Plaintiff: SDN LIMITED and STEVEN NERAYOFF**
vs.
**Defendant: IOV LABS LIMITED, ET AL.**

For:
JOHN PISKORA
LOEB & LOEB LLP
345 PARK AVENUE
NEW YORK, NY 10154

Received by Judicial Process and Support, Inc. on the 16th day of July, 2024 at 4:32 pm to be served on **ALEJANDRO MARIA ABERG COBO A/K/A ALEX COBO, 600 GRAPETREE DRIVE, APT 10GN, KEY BISCAYNE, FL 33149-2707.**

I, Raymond Gutierrez, being duly sworn, depose and say that on the **18th day of July, 2024** at **9:45 am**, I:

**NON-SERVED** the **SUMMONS WITH NOTICE, NOTICE OF ELECTRONIC FILING** for the reason that I failed to find **ALEJANDRO MARIA ABERG COBO A/K/A ALEX COBO** or any information to allow further search. Read the comments below for further details.

Said documents were conformed with index number and date of filing endorsed thereon.

**Additional Information pertaining to this Service:**
SERVICE ATTEMPTED AT THE GIVEN LOCATION; THE NAMED DEFENDANT ALEJANDRO MARIA ABERG COBO AKA ALEX COBO DOES NOT LIVE AT THIS LOCATION; THIS DEFENDANT IS UNKNOWN; THE CURRENT TENANTS ARE JUAN DAVID PERDOMO AND MARIA CAMILA ROSERO; SERVICE DISCONTINUED

I acknowledge that I have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Subscribed and Sworn to before me on the 18th day of July, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Raymond Gutierrez
C.P.S. #1298

Judicial Process and Support, Inc.
19 West Flagler Street
Suite 610
Miami, FL 33130
(305) 347-3353

Our Job Serial Number: JPS-2024002956

KAREN A. MUNIZ
Notary Public-State of Florida
Commission # HH 392764
My Commission Expires
April 30, 2027

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a