# EXHIBIT K

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

SDN LIMITED and STEVEN NERAYOFF,

                      Plaintiffs,

               v.

IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,

                      Defendants.

Index No. 607805/2024

**Motion Sequence No. 1**

**AFFIRMATION OF SERVICE**

---

STATE OF NEW YORK        )
                                      )ss.:
COUNTY OF NEW YORK   )

      Rodney Vega, being duly sworn, affirms as follows under penalties of perjury pursuant to CPLR 2106:

      1.     I am not a party to this action, am over 18 years of age, and am employed by Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154.

      2.     On August 21, 2024, deponent served a true and correct copy of the (i) Notice of Motion for an Extension of time to Complete Service; (ii) Affirmation of John A. Piskora in Support of Plaintiffs' Motion for an Extension of time to Complete Service (with Exhibits 1-2 thereto); (iii) Memorandum of Law in Support of Plaintiffs' Motion for an Extension of time to Complete Service; (iv) Request for Judicial Intervention; and (v) Request for Judicial Intervention Commercial Division Addendum, upon:

**IOV LABS Ltd. (f/k/a RIF Labs Ltd.)**
Portland House, Glacis Rd.
Suite 23
GX11 1AA
Gibraltar

**RIF Labs Ltd.**
Portland House, Glacis Rd.
Suite 23
GX11 1AA
Gibraltar

RSK LABS Ltd.
Morgan & Morgan Bldg.
Pasea Estate
Road Town
Tortola
British Virgin Islands

DIEGO GUTIERREZ ZALDIVAR
2028 4 R Vidt
Buenos Aires C1425
Argentina

ALEJANDRO MARIA ABERG COBO a/k/a Alex Cobo
Camino De Los Horneros 220
Lomas De La Tahoma Lote 346
14000 Colonia Nicolich
Canelones Uruguay

by depositing true and correct copies thereof enclosed in a securely sealed, properly addressed, and fully paid international shipping envelope under the care of Federal Express within the City of New York, County of New York, State of New York.

    I affirm this 16th day of August, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____