# EXHIBIT L

UCS-840 (rev. 02/01/2024)



# REQUEST FOR JUDICIAL INTERVENTION
**SUPREME** COURT, COUNTY OF **NASSAU**

Index No: **607805/2024**    Date Index Issued: **05/06/2024**

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

**CAPTION** — Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

SDN LIMITED and STEVEN NERAYOFF

Plaintiff(s)/Petitioner(s)

-against-

IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING** — Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ● Other Commercial (*specify*): fraud / misrepresentation
  *NOTE:* For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

**TORTS**
- ○ Asbestos
- ○ Environmental (*specify*): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (*specify*): _____
- ○ Other Negligence (*specify*): _____
- ○ Other Professional Malpractice (*specify*): _____
- ○ Other Tort (specify): _____

**MATRIMONIAL**
- ○ Contested
  *NOTE:* If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**.
  For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (**UD-13**).

**REAL PROPERTY** — Specify how many properties the application includes: _____
- ○ Condemnation
- ○ Mortgage Foreclosure (*specify*): ○ Residential  ○ Commercial
  Property Address: _____
  *NOTE:* For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.
- ○ Partition
  *NOTE:* Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.
- ○ Tax Certiorari (*specify*):  Section:_____  Block:_____  Lot:_____
- ○ Tax Foreclosure
- ○ Other Real Property (*specify*): _____

**SPECIAL PROCEEDINGS**
- ○ Child-Parent Security Act (*specify*): ○ Assisted Reproduction  ○ Surrogacy Agreement
- ○ CPLR Article 75 – Arbitration [see *NOTE* in **COMMERCIAL** section]
- ○ CPLR Article 78 – Proceeding against a Body or Officer
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 – Kendra's Law
- ○ MHL Article 10 – Sex Offender Confinement (*specify*): ○ Initial  ○ Review
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (*specify*): _____
- ○ Other Special Proceeding (*specify*): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution [see *NOTE* in **COMMERCIAL** section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change/Sex Designation Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (*specify*): _____

**STATUS OF ACTION OR PROCEEDING** — Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ● | ○ | If yes, date filed: 05/03/2024 |
| Has a summons and complaint or summons with notice been served? | ● | ○ | If yes, date served: 07/26/2024 |
| Is this action/proceeding being filed post-judgment? | ○ | ● | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION** — Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ● Notice of Motion   Relief Requested: Extension of time to complete service   Return Date: 08/30/2024
- ○ Notice of Petition   Relief Requested: _____   Return Date: _____
- ○ Order to Show Cause   Relief Requested: _____   Return Date: _____
- ○ Other Ex Parte Application   Relief Requested: _____
- ○ Partition Settlement Conference
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**. | | | | |
|---|---|---|---|---|---|
| **Case Title** | **Index/Case Number** | **Court** | | **Judge (if assigned)** | **Relationship to instant case** |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| PARTIES | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**. | | | |
|---|---|---|---|---|
| **Un-Rep** | **Parties** List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | **Attorneys and Unrepresented Litigants** For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | **Issue Joined** For each defendant, indicate if issue has been joined. | **Insurance Carriers** For each defendant, indicate insurance carrier, if applicable. |
| ☐ | Name: SDN LIMITED<br>Role(s): Plaintiff | John A. Piskora, Esq., David A. Forrest, Esq., Loeb & Loeb LLP, 345 Park Ave., New York, NY 10154, (212-407-4000), jpiskora@loeb.com | ○ YES  ○ NO | |
| ☐ | Name: Steven Nerayoff<br>Role(s): Plaintiff | John A. Piskora, Esq., David A. Forrest, Esq., Loeb & Loeb LLP, 345 Park Ave., New York, NY 10154, (212-407-4000), jpiskora@loeb.com | ○ YES  ○ NO | |
| ☒ | Name: IOV Labs Limited<br>Role(s): Defendant | SUITE 23, PORTLAND HOUSE, GLACIS ROAD, GIBRALTAR, GX11 1AA, GIBRALTAR OR c/o FIDUCIARY TRUST LIMITED, 3 BELL LANE, GIBRALTAR | ○ YES  ● NO | |
| ☒ | Name: RIF Labs Limited<br>Role(s): Defendant | SUITE 23, PORTLAND HOUSE, GLACIS ROAD, GIBRALTAR, GX11 1AA, GIBRALTAR OR c/o FIDUCIARY TRUST LIMITED, 3 BELL LANE, GIBRALTAR | ○ YES  ● NO | |
| ☒ | Name: RSK Labs Limited<br>Role(s): Defendant | Pasea Estate, P.O. Box 958, Road Town, Tortola, VG1110, Virgin Islands, British OR c/o MMG TRUST (BVI) CORP, MORGAN & MORGAN BUILDING, PASEA ESTATE, ROAD TOWN, TORTOLA, VG1110, VIRGIN ISLANDS, BRITISH | ○ YES  ● NO | |
| ☒ | Name: Diego Gutierrez Zaldivar<br>Role(s): Defendant | 2028 4 R, VIDT, BUENOS AIRES, C1425, ARGENTINA | ○ YES  ● NO | |
| ☒ | Name: Alejandro Maria Aberg Cobo a/k/a Alex Cobo<br>Role(s): Defendant | Camino De Los Horneros 220, Lomas De La Tahoma Lote 346, 14000 Colonia Nicolich, Canelones Uruguay | ○ YES  ● NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): |  | ○ YES  ○ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 08/21/2024

_____
Signature

3974664
Attorney Registration Number

John A. Piskora
Print Name