# EXHIBIT M




**New York State Unified Court System**

**Request for Judicial Intervention Commercial Division Addendum**

nycourts.gov

**UCS-840C** (04/2024)
Page **1** of **2**
nycourthelp.gov

**Supreme Court**
**County of** NASSAU

**Plaintiff/Petitioner** (persons/entities that started the case)**:**
SDN LIMITED and STEVEN NERAYOFF

**Index #:**
607805/2024

**Defendant/Respondent** (persons/entities the case is against)**:**
IOV Labs Limited, RIF Labs Limited, RSK Labs Limited, Diego Gutierrez Zaldivar, and Alejandro Maria Aberg Cobo a/k/a Alex Cobo

**Plaintiff/Petitioner's cause(s) of action** [check all that apply]:

☒ Breach of contract or fiduciary duty, fraud, misrepresentation, business tort (e.g., unfair competition), or statutory and/or common law violation where the breach or violation is alleged to arise out of business dealings (e.g., sales of assets or securities; corporate restructuring; partnership, shareholder, joint venture, and other business agreements; technology transactions and/or commercial disputes involving or arising out of technology; trade secrets; restrictive covenants; and employment agreements not including claims that principally involve alleged discriminatory practices)

☐ Transactions governed by the Uniform Commercial Code, excluding those concerning individual cooperative or condominium units

☐ Transactions involving commercial real property, including Yellowstone injunctions and excluding actions for the payment of rent only

☐ Shareholder derivative actions (without consideration of the monetary threshold)

☐ Commercial class actions (without consideration of the monetary threshold)

☐ Business transactions involving or arising out of dealings with commercial banks and other financial institutions

☐ Internal affairs of business organizations

☐ Malpractice by accountants or actuaries, and legal malpractice arising out of representation in commercial matters

☐ Environmental insurance coverage

☐ Commercial insurance coverage (e.g., directors and officers, errors and omissions, and business interruption coverage)

☐ Dissolution of corporations, partnerships, limited liability companies, limited liability partnerships and joint ventures (without consideration of the monetary threshold)

☐ Applications to stay or compel arbitration and affirm or disaffirm arbitration awards and related injunctive relief pursuant to CPLR Article 75 involving any of the foregoing enumerated commercial issues (where the applicable agreement provides for the arbitration to be heard outside the United States, the monetary threshold set forth in 22 NYCRR 202.70(a) shall not apply)

**ADA Accommodations**
ada@nycourts.gov

**Spoken or Sign Language Interpreters**
interpreter@nycourts.gov

**COURT Help**
**1-800-COURT-NY**
**(268-7869)**

UCS-840C (12/2023)　　　　　　　Page **2** of **2**　　　Index #: 607805/2024

Plaintiff/Petitioner's claim for compensatory damages, excluding punitive damages, interest, costs, and counsel fees claimed: $ 100,000,000.00

Plaintiff/Petitioner's claim for equitable or declaratory relief [brief description]:

> Plaintiffs seek the rescission of their investments and the return of their invested Bitcoin based upon Defendants' fraud and/or aiding-and-abetting fraud.

Defendant/Respondent's counterclaims, including claims for monetary relief [brief description]:

> N/A

I request that this case is assigned to the Commercial Division. I certify that the case meets the Commercial Division's jurisdictional requirements as set forth in 22 NYCRR 202.70(a), (b) and (c).

Dated: 08/21/2024

Signature

John A. Piskora
Print Name