UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>                              Defendants. | Case No. 1:24-cv-06089<br><br>**Rule 7.1 Corporate Disclosure Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant IOV Labs Limited states, by and through its undersigned counsel:

IOV Labs Limited is a prior name for an entity now known as Rootstock Labs Limited. Rootstock Labs Limited is a company incorporated under the laws of Gibraltar, with a principal place of business in Gibraltar. Rootstock Labs Limited does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>August 30, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By:  /s/ Michael B. Carlinsky    <br>Michael B. Carlinsky<br>Mario O. Gazzola<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>michaelcarlinsky@quinnemanuel.com<br>mariogazzola@quinnemanuel.com<br>212-849-7000<br><br>*Attorneys for Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited* |

2