**UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>                                      Plaintiffs,<br><br>                       -against-<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>                                    Defendants. | Case No. 1:24-cv-06089<br><br>**Rule 7.1 Corporate Disclosure Statement** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant RIF Labs Limited states by and through its undersigned counsel:

      RIF Labs is a prior name for an entity now known as Rootstock Labs Limited. Rootstock Labs Limited is a company incorporated under the laws of Gibraltar, with a principal place of business in Gibraltar. Rootstock Labs Limited does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York  
August 30, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Michael B. Carlinsky_____  
Michael B. Carlinsky  
Mario O. Gazzola  
51 Madison Avenue, 22nd Floor  
New York, New York 10010-1601  
michaelcarlinsky@quinnemanuel.com  
mariogazzola@quinnemanuel.com  
212-849-7000

*Attorneys for Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited*