UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　-against-<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>　　　　　　　　　　Defendants. | Case No. 1:24-cv-06089<br><br>**Rule 7.1 Corporate Disclosure Statement** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, RSK Labs Limited states by and through its undersigned counsel:

　　　　RSK Labs Limited is a company incorporated under the laws of the BVI with a principal place of business in the BVI.  RSK Labs Limited is wholly owned by Rootstock Labs Limited. Rootstock Labs Limited does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
August 30, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael B. Carlinsky
Michael B. Carlinsky
Mario O. Gazzola
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
michaelcarlinsky@quinnemanuel.com
mariogazzola@quinnemanuel.com
212-849-7000

*Attorneys for Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited*