UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>Plaintiffs,<br><br>-against-<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>Defendants. | Case No. 1:24-cv-06089<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Mario O. Gazzola, hereby gives notice of appearance on behalf of Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited in the above-captioned matter, and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below.

| | |
|---|---|
| Dated: New York, New York<br>August 30, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: /s/ Mario O. Gazzola<br>Mario O. Gazzola<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>mariogazzola@quinnemanuel.com<br>(212) 849-7000<br><br>*Attorney for Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited* |