**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
michaelcarlinsky@quinnemanuel.com

August 30, 2024

<u>VIA ECF</u>

Judge To Be Assigned
100 Federal Plaza
Central Islip, NY 11722

Re:   *SDN Limited v. IOV Labs Limited*, Case No. 2:24-cv-06089

Dear Your Honor:

We write on behalf of Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited. Plaintiffs SDN Limited and Steven Nerayoff filed this case on May 3, 2024 by filing a Summons With Notice pursuant to CPLR § 305(b). Dkt. 1-2. Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited were served with the Summons With Notice on August 2 and August 12, 2023, Dkt. 1 ¶ 8, and Defendants removed the Summons With notice on August 30, 2023.[1]

Pursuant to CPLR § 3012(b), a defendant served with a Summons With Notice may demand a complaint be served within twenty days. Accordingly, IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited respectfully request that the Court order Plaintiffs to file a full Complaint by September 19, 2024.

Defendants' counsel will simultaneously serve this letter upon Plaintiffs' counsel via email to ensure Plaintiffs' counsel receives the demand before Plaintiffs counsel notices their appearance.

---

[1] By removing this action to this Court, Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited, appear for the limited purpose of removal and expressly reserve, and do not waive any and all defenses, including, without limitation, all defenses available under the Federal Rules of Civil Procedure, including defenses relating to personal jurisdiction, venue, or whether the action should be the subject of arbitration.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Sincerely,

Michael B. Carlinsky

CC: John A. Piskora (via email)
David A. Forrest (via email)