**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------- X
                                 :

SDN LIMITED and STEVEN NEYAROFF,      :

                                 :  Case No. 24-cv-06089-JMA-AYS

              Plaintiffs,      :

                                 :

             -against-       :

IOV LABS LIMITED, RIF LABS LIMITED, RSK  :  **NOTICE OF APPEARANCE**
LABS    LIMITED,    DIEGO    GUTIERREZ  :
ZALDIVAR, and ALEJANDRO MARIA ABERG  :
COBO a/k/a ALEX COBO,                :

                                 :

              Defendants.     :

                                 :

----------------------------------------------------------- X

        PLEASE TAKE NOTICE that David A. Forrest of Loeb & Loeb LLP hereby appears as counsel for Plaintiffs SDN Limited and Steven Neyaroff in the above-captioned matter, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at the address below.

Dated: New York, New York
        September 3, 2024

                        LOEB & LOEB LLP

                        By:  */s/ David A. Forrest*
                          David A. Forrest
                          345 Park Avenue
                          New York, NY 10154
                          (212) 407-4000
                          dforrest@loeb.com

                        *Attorneys for Plaintiffs*
                        *SDN Limited and Steven Nerayoff*