**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
SDN LIMITED and STEVEN NEYAROFF,                                 :
:  Case No. 24-cv-06089-JMA-AYS
Plaintiffs,                                                      :
:
-against-                                                        :
:
IOV LABS LIMITED, RIF LABS LIMITED, RSK                          :  **RULE 7.1 CORPORATE**
LABS LIMITED, DIEGO GUTIERREZ                                    :  **DISCLOSURE STATEMENT**
ZALDIVAR, and ALEJANDRO MARIA ABERG                              :
COBO a/k/a ALEX COBO,                                            :
:
Defendants.                                                      :
:
---------------------------------------------------------------- X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff SDN Limited, by and through its undersigned counsel, hereby discloses that Plaintiff SDN Limited has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       September 3, 2024

                              LOEB & LOEB LLP

                              By:  */s/ John A. Piskora*
                                   John A. Piskora
                                   David A. Forrest
                                   345 Park Avenue
                                   New York, NY 10154
                                   (212) 407-4000
                                   jpiskora@loeb.com
                                   dforrest@loeb.com

                                   *Attorneys for Plaintiffs*
                                   *SDN Limited and Steven Nerayoff*