# EXHIBIT B

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
michaelcarlinsky@quinnemanuel.com

August 29, 2024

<u>VIA E-MAIL</u>

John A. Piskora
David A. Forrest
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Re: *SDN Limited v. IOV Labs Limited*, Index No. 607805/2024

Counsel:

We write on behalf of Rootstock Labs Limited, f/k/a IOV Labs Limited, f/k/a RIF Labs Limited, in connection with the above-captioned matter.

While we do not have SDN Limited's full claims given your choice to file a summons with notice rather than a full complaint, SDN Limited's claims appear to have been filed in transparent breach of the binding arbitration agreement in clause 18 of the Early Contribution Agreement ("ECA") entered into between SDN Limited and RIF Labs Limited in June 2018. Without submitting to jurisdiction or accepting service, please explain by September 4, 2024 the basis on which SDN Limited contends its claims are not in breach of the ECA's arbitration agreement.

Rootstock Labs Limited reserves all rights, including to seek costs and fees for SDN Limited's breach of the arbitration agreement.

Sincerely,

*[signature]*

Michael B. Carlinsky

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH