# EXHIBIT D

| From: | David Forrest <dforrest@loeb.com> |
|---|---|
| Sent: | Tuesday, September 17, 2024 7:14 PM |
| To: | Mario Gazzola |
| Cc: | Michael Carlinsky; Laura Santos-Bishop; Pedro Souza; John Piskora |
| Subject: | RE: Activity in Case 2:24-cv-06089-JMA-AYS SDN Limited et al v. IOV Labs Limited et al Scheduling Order |

[EXTERNAL EMAIL from dforrest@loeb.com]

Mario,

We do not consent to adjourning the Initial Conference. You already filed a letter requesting that the Court direct Plaintiffs to file their Complaint by a certain date and the Court directed the Initial Conference in response.

Separately, we think the conference would be helpful for multiple reasons. Among others: 1) the Court can set a time for Plaintiffs to file their complaint at the conference; 2) Plaintiffs can advise the Court that their currently pending motion for an extension of time to complete service (which was filed in state court) need not be resolved because there is no time limit for service of international defendants under Rule 4(m); and 3) the parties can enter a discovery scheduling order including for documents that can be exchanged "without the necessity for formal document requests" as required by Magistrate Judge Shields' rules (which would certainly include any agreements between your clients and either Steven Nerayoff or SDN Limited).

David

**David Forrest**
*Attorney At Law*



345 Park Avenue | New York, NY 10154

**Direct Dial:** 212.407.4877 | **Fax:** 212.407.4990 | **E-mail:** dforrest@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Mario Gazzola <mariogazzola@quinnemanuel.com>
**Sent:** Wednesday, September 11, 2024 12:15 PM

**To:** David Forrest <dforrest@loeb.com>; John Piskora <jpiskora@loeb.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Laura Santos-Bishop <laurasantosbishop@quinnemanuel.com>; Pedro Souza <pedrosouza@quinnemanuel.com>
**Subject:** FW: Activity in Case 2:24-cv-06089-JMA-AYS SDN Limited et al v. IOV Labs Limited et al Scheduling Order

Counsel:

Pursuant to the below, please confirm that Plaintiffs will be filing a full complaint by September 19, 2024 pursuant to CPLR 3012(b).

Given that a full complaint has not yet been filed, that not all defendants have been served, and that this case presents significant threshold issues warranting a stay of discovery, please let us know your position on adjourning the pretrial conference until a date after filing of a full complaint and effective service upon all defendants.

Best,
Mario

**Mario O. Gazzola**
212-849-7102 Direct
919-360-1686 Cell

---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, September 10, 2024 12:32 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:24-cv-06089-JMA-AYS SDN Limited et al v. IOV Labs Limited et al Scheduling Order

[EXTERNAL EMAIL from ecf_bounces@nyed.uscourts.gov]

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/10/2024 at 12:31 PM EDT and filed on 9/10/2024
**Case Name:** SDN Limited et al v. IOV Labs Limited et al
**Case Number:** 2:24-cv-06089-JMA-AYS
**Filer:**

**Document Number:** 12

**Docket Text:**
**ORDER: An IN-PERSON Initial Conference is set for 9/30/2024 at 11:30 AM in Courtroom 840 before Magistrate Judge Anne Y. Shields. See order and attachment.Ordered by Magistrate Judge Anne Y. Shields on 9/10/2024. (Attachments: # (1) AYS RULES) (JT)**

**2:24-cv-06089-JMA-AYS Notice has been electronically mailed to:**

Michael B. Carlinsky    michaelcarlinsky@quinnemanuel.com, kellyscott@quinnemanuel.com

John Anthony Piskora    jpiskora@loeb.com, jpiskora@ecf.courtdrive.com, nydocket@loeb.com

Mario O. Gazzola    mariogazzola@quinnemanuel.com

David A. Forrest    dforrest@loeb.com, dforrest@ecf.courtdrive.com, nydocket@loeb.com

**2:24-cv-06089-JMA-AYS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/10/2024] [FileNumber=19291510-0]
[a33688298a325b4d1164e4c836881a69ee7852553ea01649b7b75b68d072e2afe936
f925a19cc5bc33fae702a7ce855366c06fcb0fa28c07d977612be3dad06e]]
**Document description:** AYS RULES
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/10/2024] [FileNumber=19291510-1]
[c50a742943bfce592aad2c8e3e840231123559e87e6526c49aebbaef97300e6b5821
e9e45dc7e821c2211d751579f97c32b473a48539fb3abdf963dca7fdbfd7]]