UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SDN LIMITED and STEVEN NEYAROFF,

        Plaintiffs,

-against-

IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,

        Defendants.

---

Case No. 24-cv-06089-JMA-AYS

**LOCAL RULE 83.7 CERTIFICATION**

Pursuant to Local Civil Rule 83.7(d)(3)(A), the undersigned counsel for Plaintiffs SDN Limited and Steven Nerayoff hereby certifies that the damages sought by Plaintiffs herein exceed $150,000, exclusive of interest and costs, and that this action is accordingly ineligible for compulsory arbitration.

Dated: New York, New York
       September 30, 2024

                                    LOEB & LOEB LLP

                                    By:  */s/ John A. Piskora*
                                             John A. Piskora
                                             David A. Forrest
                                             345 Park Avenue
                                             New York, NY 10154
                                             (212) 407-4000
                                             jpiskora@loeb.com
                                             dforrest@loeb.com

                                             *Attorneys for Plaintiffs*
                                             *SDN Limited and Steven Nerayoff*