

DAVID A. FORREST
Attorney At Law

345 Park Avenue
New York, NY 10154

Direct 212.407.4877
Main  212.407.4000
Fax   212.407.4990
dforrest@loeb.com

By Hand

October 16, 2024

**Filed: October 17, 2024
EDNY - Brooklyn, N.Y.
Clerks Office**

Brenna B. Mahoney
Clerk of Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>SDN Limited et al v. IOV Labs Limited et al.</u>, Case No.: 24-cv-06089

Dear Ms. Mahoney:

We represent Plaintiffs Steven Nerayoff and Maple Ventures LLC (collectively, "Plaintiffs") in the above-referenced action. Plaintiffs initiated this case by filing a Summons With Notice in New York Supreme Court, Nassau County, on May 3, 2024. On August 30, 2024, appearing Defendants removed this action to the United States District Court for the New York Eastern District of New York. (Dkt. No. 1).

Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii), and the United States District Court for the Eastern District of New York's Clerk's Office Foreign Mailing Instructions (the "Mailing Instructions"), Plaintiffs respectfully request the Court's assistance in serving Defendant Alejandro Maria Aberg Cobo with the following papers (collectively, the "Filings"):

- Notice of Removal (Dkt. No. 1)
    - Exhibit A: State Court Docket Sheet (Dkt. No. 1-1)
    - Exhibit B: Summons With Notice (Dkt. No. 1-2)
    - Exhibit C: Affirmation of Service (Dkt. No. 1-3)
    - Exhibit D: Affirmation of Service (Dkt. No. 1-4)
    - Exhibit E: Affirmation of Service (Dkt. No. 1-5)
    - Exhibit F: Notice of Motion To Enlarge Time For Service (Dkt. No. 1-6)
    - Exhibit G: Piskora Affirmation (Dkt. No. 1-7)
    - Exhibit H: Piskora Affirmation Ex. 1 (Dkt. No. 1-8)
    - Exhibit I: Piskora Affirmation Ex. 2 (Dkt. No. 1-9)
    - Exhibit J: Plaintiffs' Memorandum of Law (Dkt. No. 1-10)
    - Exhibit K: Plaintiffs' Affirmation of Service (Dkt. No. 1-11)
    - Exhibit L: Request for Judicial Intervention (Dkt. No. 1-12)
    - Exhibit M: RJI Addendum (Dkt. No. 1-13)
- Civil Cover Sheet (Dkt. No. 2)
- Summons with Notice & Certified Translation
- Notice of Electronic Filing & Certified Translation

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



In accordance with Section II.B. of the Mailing Instructions, Mr. Cobo should be served at the following addresses:

> Alejandro Maria Aberg Cobo
> c/o Fiduciary Management Limited
> Suite 23 Portland House
> Glacis Road
> Gibraltar
> GX11 1AA

> – and –

> Alejandro Maria Aberg Cobo
> Camino De Los Horneros 220
> Lomas De La Tahoma Lote 346
> 14000 Colonia Nicolich
> Canelones, Uruguay

Pursuant to the Mailing Instructions, please find the enclosed envelopes addressed to Mr. Cobo, each of which contain completed international air waybills. Also enclosed herewith are duplicate copies of the Filings.

We thank the Court for its time and attention to this matter.

Respectfully yours,

David A. Forrest
Attorney At Law

Enclosures



1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).