**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
SDN LIMITED and STEVEN NEYAROFF,  :   Case No. 24-cv-06089-JMA-AYS
:
Plaintiffs,  :
:
-against-  :
:
IOV LABS LIMITED, RIF LABS LIMITED, RSK  :   **CERTIFICATE OF SERVICE**
LABS LIMITED, DIEGO GUTIERREZ  :
ZALDIVAR, and ALEJANDRO MARIA ABERG  :
COBO a/k/a ALEX COBO,  :
:
Defendants.  :
:
---------------------------------------------------------------- X

I certify that, Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii), and the United States District Court for the Eastern District of New York's Clerk's Office Foreign Mailing Instructions, as reflected by the October 17, 2024 docket entries in this action (*see* Dkt. Nos. 15-16), I caused true and correct copies of the: (i) Notice of Removal (Dkt. No. 1); (ii) Exhibit A: State Court Docket Sheet (Dkt. No. 1-1); (iii) Exhibit B: Summons With Notice (Dkt. No. 1-2); (iv) Exhibit C: Affirmation of Service (Dkt. No. 1-3); (v) Exhibit D: Affirmation of Service (Dkt. No. 1-4); (vi) Exhibit E: Affirmation of Service (Dkt. No. 1-5); (vii) Exhibit F: Notice of Motion To Enlarge Time For Service (Dkt. No. 1-6); (viii) Exhibit G: Piskora Affirmation (Dkt. No. 1-7); (ix) Exhibit H: Piskora Affirmation Ex. 1 (Dkt. No. 1-8); (x) Exhibit I: Piskora Affirmation Ex. 2 (Dkt. No. 1-9); (xi) Exhibit J: Plaintiffs' Memorandum of Law (Dkt. No. 1-10); (xii) Exhibit K: Plaintiffs' Affirmation of Service (Dkt. No. 1-11); (xiii) Exhibit L: Request for Judicial Intervention (Dkt. No. 1-12); (xiv) Exhibit M: RJI Addendum (Dkt. No. 1-13); (xv) Civil Cover Sheet (Dkt. No. 2); (xvi) Summons with Notice & Certified Translation; and (xvii) Notice of Electronic Filing & Certified Translation,

240139282

(collectively, the "Filings"), to be served by FedEx International Priority Mailing (*see* Dkt. Nos. 15-16), upon the following:

> Alejandro Maria Aberg Cobo
> c/o Fiduciary Management Limited
> Suite 23 Portland House
> Glacis Road
> Gibraltar
> GX11 1AA

> – and –

> Alejandro Maria Aberg Cobo
> Camino De Los Horneros 220
> Lomas De La Tahoma Lote 346
> 14000 Colonia Nicolich
> Canelones, Uruguay

True and correct copies of FedEx tracking summaries indicating that the Filings were delivered to the above addresses are attached hereto as Exhibits A and B, respectively.

Dated: New York, New York
October 31, 2024

                LOEB & LOEB LLP

                By:  */s/ David A. Forrest*
                   John A. Piskora
                   David A. Forrest
                   345 Park Avenue
                   New York, NY 10154
                   (212) 407-4000
                   jpiskora@loeb.com
                   dforrest@loeb.com

                   *Attorneys for Plaintiffs*
                   *SDN Limited and Steven Nerayoff*