# EXHIBIT A



FedEx® Tracking



**DELIVERED**

# Tuesday

10/22/24 at 3:23 PM

Signed for by: R.EPCECIOM

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✓

🔍 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**

280712175257 ✏️ ☆

**FROM**
NEW YORK, NY US

*Label Created*
10/16/24 11:16 AM

**WE HAVE YOUR PACKAGE**
BROOKLYN, NY
10/17/24 1:49 PM

**ON THE WAY**
GIBRALTAR GI
10/22/24 2:28 PM

**OUT FOR DELIVERY**

**DELIVERED**
GLACIS ROAD, GI

*Delivered*



## Shipment facts

### Shipment overview

**TRACKING NUMBER**   280712175257

**DELIVERED TO**   Receptionist/Front Desk

**SHIP DATE**   10/17/24

**STANDARD TRANSIT**   10/21/24 before 6:00 PM

**DELIVERED**   10/22/24 at 3:23 PM

### Services

**SERVICE**   FedEx International Priority

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday, Airbill Automation

### Package details

**WEIGHT**   1 lbs / 0.45 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   1 lbs / 0.45 kgs

**PACKAGING**   FedEx Envelope

↑ Back to to

## Travel history

**SORT BY DATE/TIME**

Ascending ⌄

**Time zone**

Local Scan Time ⌄



- 11:18 AM
  Shipment information sent to FedEx

Thursday, 10/17/24

- 1:49 PM
  Picked up
  BROOKLYN, NY

- 9:10 PM
  Left FedEx origin facility
  BROOKLYN, NY

- 9:40 PM
  Arrived at FedEx hub
  NEWARK, NJ

- 9:47 PM
  Departed FedEx hub
  NEWARK, NJ

Friday, 10/18/24

- 8:44 AM
  Departed FedEx hub
  NEWARK, NJ

- 9:18 PM
  Arrived at FedEx hub
  ROISSY CHARLES DE GAULLE CEDEX FR

- 9:42 PM
  On the way
  ROISSY CHARLES DE GAULLE CEDEX FR

Saturday, 10/19/24

- 4:32 AM
  At local FedEx facility
  ROISSY CHARLES DE GAULLE CEDEX FR

Sunday, 10/20/24

- 2:49 AM
  At local FedEx facility
  ROISSY CHARLES DE GAULLE CEDEX FR

- 5:28 PM
  On the way
  ROISSY CHARLES DE GAULLE CEDEX FR

- 6:24 PM
  Departed FedEx hub
  ROISSY CHARLES DE GAULLE CEDEX FR

- 9:54 PM
  At destination sort facility
  SEVILLA ES



- 8:10 AM
  **On the way**
  SEVILLA ES

Tuesday, 10/22/24

- 8:01 AM
  **On the way**
  SEVILLA ES

- 2:28 PM
  **International shipment release - Import**
  GIBRALTAR GI

- 2:28 PM
  **On the way**
  GIBRALTAR GI

- 3:23 PM
  **Delivered**
  GLACIS ROAD GI

↑ Back to top

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

🌐 United States

**FOLLOW FEDEX**       

© FedEx 1995-2024
Site Map  |  Terms of Use  |  Privacy & Security  |  Ad Choices