# EXHIBIT B



FedEx® Tracking



**DELIVERED**

# Tuesday

10/22/24 at 2:07 PM

Signed for by: J.JONY

⬇ **Obtain proof of delivery**

How was your delivery?

☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**

Delivered ✓

🔍 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
280712342136 ✏ ☆

**FROM**
NEW YORK, NY US

*Label Created*
10/16/24 11:19 AM

**WE HAVE YOUR PACKAGE**
BROOKLYN, NY
10/17/24 1:49 PM

**ON THE WAY**
AEROPUERTO UY
10/22/24 8:39 AM

**OUT FOR DELIVERY**
AEROPUERTO UY
10/22/24 9:43 AM



*Delivered*
10/22/24 at 2:07 PM

↓ View travel history

---

## Shipment facts  ︿

### 📦 Shipment overview

**TRACKING NUMBER**    280712342136

**DELIVERED TO**    Guard/Security Station

**SHIP DATE** ⓘ    10/17/24

**STANDARD TRANSIT** ⓘ    10/23/24 before 6:30 PM

**DELIVERED**    10/22/24 at 2:07 PM

### 🚚 Services

**SERVICE**    FedEx International Priority

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday, Airbill Automation

### ⚖ Package details

**WEIGHT**    1 lbs / 0.45 kgs

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    1 lbs / 0.45 kgs

**PACKAGING**    FedEx Envelope

↑ Back to to

## Travel history  ︿

**SORT BY DATE/TIME**

Ascending ⌄

**Time zone**



Wednesday, 10/16/24

- 11:19 AM
  Shipment information sent to FedEx

Thursday, 10/17/24

- 1:49 PM
  Picked up
  BROOKLYN, NY

- 8:11 PM
  Left FedEx origin facility
  BROOKLYN, NY

- 8:50 PM
  Arrived at FedEx hub
  NEWARK, NJ

- 9:01 PM
  Departed FedEx hub
  NEWARK, NJ

- 11:14 PM
  Arrived at FedEx hub
  MEMPHIS, TN

Friday, 10/18/24

- 1:09 AM
  On the way
  MEMPHIS, TN

- 3:55 AM
  Departed FedEx hub
  MEMPHIS, TN

- 10:49 AM
  On the way
  MIAMI, FL

- 8:44 PM
  At destination sort facility
  EZEIZA AR

Saturday, 10/19/24

- 1:43 AM
  On the way
  EZEIZA AR

Monday, 10/21/24

- 8:26 AM
  On the way
  EZEIZA AR

 

- 12:33 AM
  **On the way**
  Package available for clearance
  AEROPUERTO UY

- 8:27 AM
  **International shipment release - Import**
  AEROPUERTO UY

- 8:39 AM
  **At local FedEx facility**
  AEROPUERTO UY

- 9:43 AM
  **On FedEx vehicle for delivery**
  AEROPUERTO UY

-  2:07 PM
  **Delivered**
  CANELONES UY

Back to to

## OUR COMPANY

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

## MORE FROM FEDEX

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

## LANGUAGE

United States

FOLLOW FEDEX     

© FedEx 1995-2024
Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices