

**DAVID A. FORREST**
Attorney At Law

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4877
**Main** 212.407.4000
**Fax** 212.407.4990
dforrest@loeb.com

Via ECF

October 31, 2024

Brenna B. Mahoney
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   SDN Limited et al. v. IOV Labs Limited et al., Case No.: 24-cv-06089

Dear Ms. Mahoney:

We represent Plaintiffs SDN Limited and Steven Nerayoff (collectively, "Plaintiffs") in the above-referenced action and write pursuant to Rule II.B.3 of the United States District Court for the Eastern District of New York's Clerk's Office Foreign Mailing Instructions (the "Mailing Instructions").

As reflected by the October 17, 2024 docket entries in this action (see Dkt. Nos. 15-16) and as detailed in the accompanying Certificate of Service, pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) and the Mailing Instructions, Plaintiffs caused true and correct copies of the:  (i) Notice of Removal (Dkt. No. 1); (ii) Exhibit A: State Court Docket Sheet (Dkt. No. 1-1); (iii) Exhibit B: Summons With Notice (Dkt. No. 1-2); (iv) Exhibit C: Affirmation of Service (Dkt. No. 1-3); (v) Exhibit D: Affirmation of Service (Dkt. No. 1-4); (vi) Exhibit E: Affirmation of Service (Dkt. No. 1-5); (vii) Exhibit F: Notice of Motion To Enlarge Time For Service (Dkt. No. 1-6); (viii) Exhibit G: Piskora Affirmation (Dkt. No. 1-7); (ix) Exhibit H: Piskora Affirmation Ex. 1 (Dkt. No. 1-8); (x) Exhibit I: Piskora Affirmation Ex. 2 (Dkt. No. 1-9); (xi) Exhibit J: Plaintiffs' Memorandum of Law (Dkt. No. 1-10); (xii) Exhibit K: Plaintiffs' Affirmation of Service (Dkt. No. 1-11); (xiii) Exhibit L: Request for Judicial Intervention (Dkt. No. 1-12); (xiv) Exhibit M: RJI Addendum (Dkt. No. 1-13); (xv) Civil Cover Sheet (Dkt. No. 2); (xvi) Summons with Notice & Certified Translation; and (xvii) Notice of Electronic Filing & Certified Translation, (collectively, the "Filings"), to be served by FedEx International Priority Mailing upon the following:

Alejandro Maria Aberg Cobo
c/o Fiduciary Management Limited
Suite 23 Portland House
Glacis Road
Gibraltar
GX11 1AA

– and –

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



Brenna B. Mahoney
October 31, 2024
Page 2

Alejandro Maria Aberg Cobo
Camino De Los Horneros 220
Lomas De La Tahoma Lote 346
14000 Colonia Nicolich
Canelones, Uruguay

We thank the Court for its time and attention to this matter.

Respectfully yours,

David A. Forrest
Attorney At Law