# The Registry of the Supreme Court

Government of the Virgin Islands
Third Floor, Sakal Place, Road Town
P.O. Box 418, Road Town, Tortola
British Virgin Islands, VG 1110



Email: supremecourt@gov.vg / commercialdivisionvi@gov.vg
Tel: (284) 468-5001 / (284) 468-3701 (ext.) 5001

---

29th August 2024

Judicial Process & Support
19 W Flagler St #610,
Miami, FL 33130, United States
Tel: 13053473353

Dear Sir/Madam:

**Re:** Service of Foreign Judicial Process on **RSK LABS LIMITED - Vol. 152/8497**

Please find enclosed the original Certificate of Service along with a receipt for US $ 55.00 covering payment for Vol. 152/8497.

Yours sincerely,

.................................
Registrar, Supreme Court

Encls.



*"to deal with cases justly"*
**EASTERN CARIBBEAN SUPREME COURT**

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served\***
que la demande a été exécutée\*

| – the (date) / le (date): | Monday, 12th August 2024 at 1:40 p.m. |
|---|---|
| – at (place, street, number):<br>à (localité, rue, numéro) : | MMG Trust (BVI) Corp., Pasea Estate, P.O. Box 958, Road Town Tortola, BVI |

– in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☒ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***
selon les formes légales (article 5, alinéa premier, lettre a)\*

☐ b) **in accordance with the following particular method\*:**
selon la forme particulière suivante\* :
_____

☐ c) **by delivery to the addressee, if he accepts it voluntarily\***
par remise simple\*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | Kay-Linda Richardson, Resident Executive Director, MMG Trust (BVI) Corp. |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Registered Office of the addressee – RSK LABS LIMITED |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

_____

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

**Annexes** / Annexes

| **Documents returned:**<br>Pièces renvoyées : | 1. Certificate - Vol. 152/8497<br>2. Documents requested to be served. |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

\* if appropriate / s'il y a lieu

| **Done at /** Fait à Registrar's Office, Road Town, Tortola, British Virgin Islands,<br><br>**The /** le 29th August 2024 | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>[signature] [seal: REGISTRAR HIGH COURT VIRGIN ISLANDS] |
|---|---|

Permanent Bureau September 2011