



## SUPREME COURT
### 277 MAIN STREET
### GIBRALTAR

Tel:  (+350) 200 75608 [Registry] 200 78808 [Registrar]
Fax:  (+350) 200 77118
e-mail:  registrar@judiciary.gi

Your Ref :  607805/2024
Our Ref :  H142/24
Date :  30th August 2024

JOHN A PISKORA ATTORNEY
C/O JUDICIAL PROCESS & SUPPORT
19 WEST FLAGLER STREET #610
MIAMI FL 33130

Dear Sirs

**SERVICE OF DOCUMENTS PURSUANT TO THE HAGUE SERVICE CONVENTION**

I refer to your request for service of documents on **IOV LABS LIMITED,** pursuant to the Hague Service Convention.

I am now enclosing herewith Certificate of Service pursuant to Article 6 of the Convention.

Yours faithfully

**MAURICE TURNOCK**
Deputy Registrar

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served***
que la demande a été exécutée*

| — **the (date)** / le (date): | 2nd August 2024 |
|---|---|
| — **at (place, street, number):**<br>à (localité, rue, numéro) : | Suite 23, Portand House, Gibraltar |

| — **in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method*:**<br>selon la forme particulière suivante* :<br>———— |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | Annika Perez |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Legal Secretary |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| **Documents returned:**<br>Pièces renvoyées : | Copy of documents provided |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br><sub>* if appropriate / s'il y a lieu</sub> | Service was effected pursuant to Rule 3(1)(a) of the Supreme Court Rules 2000 |

| **Done at** / Fait à  Gibraltar<br><br>**The** / le  30th August 2024 | **Signature and/or stamp:**<br>Signature et / ou cachet |
|---|---|