UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>Plaintiff,<br><br>-against-<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a/ ALEX COBO,<br><br>Defendant. | Civ. No.: 2:24-cv-06089-JMA-AYS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To All Counsel of Record and the Clerk of Court:

PLEASE TAKE NOTICE that the undersigned has a new address and demands that all papers in this matter be served at the address stated below.

Dated: December 9, 2024    **QUINN EMANUEL URQUHART &**
New York, New York         **SULLIVAN, LLP**

By:   /s/ Mario Gazzola
Mario O. Gazzola
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
mariogazzola@quinnemanuel.com

*Attorneys for Defendants IOV Labs Limited, RIF Labs Limited, and RSK Labs Limited*

To:   LOEB & LOEB LLP
John A. Piskora
David A. Forrest
345 Park Avenue
New York, NY 10154