

**JOHN A. PISKORA**
Partner

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4082
**Main** 212.407.4000
**Fax** 212.407.4990
jpiskora@loeb.com

December 16, 2024

The Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court for the
   Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *SDN Limited, et al v. IOV Labs Limited, et al* (*2:24-cv-06089-JMA-AYS*)
**Pre-Motion Letter Requesting Conference or Briefing Schedule**

Dear Magistrate Judge Shields:

We write pursuant Rules X.A and X.C of the Court's Individual Practice Rules to request a pre-motion conference in advance of a motion by Loeb & Loeb LLP to withdraw as counsel for Plaintiffs SDN Limited and Steven Nerayoff in this action. The basis for the anticipated motion is that Plaintiffs have relieved Loeb & Loeb LLP of its services as counsel in respect to this action.

Accordingly, Loeb & Loeb LLP respectfully requests that the Court set a pre-motion conference for such date and time as may be convenient for the Court or, in the alternative, set a date by which Loeb & Loeb's motion to withdraw shall be filed.

Respectfully Submitted,

*/s/ John Piskora*

John Piskora
Partner

cc:   All Counsel of Record (via ECF)

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.