UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>                           Plaintiffs,<br><br>            v.<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>                           Defendants. | 2:24-cv-06089-JMA-AYS<br><br>**DECLARATION OF SERVICE** |

I, JOHN PISKORA, hereby declare as follows:

1.     I am a partner of Loeb & Loeb LLP, outgoing attorneys for Plaintiffs SDN Limited and Steven Nerayoff in this action.

2.     In accordance with the Court's directives, on December 18, 2024: (a) I served Plaintiff Steven Nerayoff, the sole owner of Plaintiff SDN Limited, with a true and correct copy of the Court's December 18, 2024 Order (docket text) via email; and (b) further served Plaintiffs a true and correct copy of the Court's December 18, 2024 Order (docket text) by depositing copy thereof enclosed in a securely sealed and fully paid overnight shipping envelope under the care of Federal Express properly addressed to Plaintiff Nerayoff.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Dated: December 18, 2024                     By: _____
                                                          John A. Piskora (jpiskora@loeb.com)
                                                          Loeb & Loeb LLP
                                                          345 Park Avenue
                                                          New York, NY 10154
                                                          Tel: (212) 407-4000