UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>                              Plaintiffs,<br><br>v.<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERREZ ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>                              Defendants. | 2:24-cv-06089-JMA-AYS<br><br>**DECLARATION OF SERVICE** |

I, JOHN PISKORA, hereby declare as follows:

1. I am a partner of Loeb & Loeb LLP, outgoing attorneys for Plaintiffs SDN Limited and Steven Nerayoff in this action.

2. I caused Plaintiff Steven Nerayoff, the sole owner of Plaintiff SDN Limited, to be served with a true and correct copy of the Notice of Motion in Support of Loeb & Loeb LLP's Motion to Withdraw, the Supporting Declaration of Christopher A. Ott dated January 3, 2025, and the Supporting Memorandum of Law dated January 3, 2025; and (b) further caused Plaintiffs to be served with a true and correct copies of the foregoing by depositing copies thereof enclosed in a securely sealed and fully paid overnight shipping envelope under the care of Federal Express properly addressed to Plaintiff Nerayoff.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Dated: January 3, 2025          By: _____
                                     John A. Piskora (jpiskora@loeb.com)
                                     Loeb & Loeb LLP
                                     345 Park Avenue

New York, NY 10154
Tel: (212) 407-4000

2