| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ENTRY** |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 1/27/2025<br>TIME: 1:30 PM<br>FTR: 1:36-1:44 |

CASE: **CV 24-6089 (JMA) (AYS)** SDN Limited et al v. IOV Labs Limited et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:            Plaintiff:  John Piskora

                        Defendant: Mario Gazzola

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.