UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDN LIMITED and STEVEN NERAYOFF,<br><br>       Plaintiffs,<br> v.<br><br>IOV LABS LIMITED, RIF LABS LIMITED, RSK LABS LIMITED, DIEGO GUTIERRES ZALDIVAR, and ALEJANDRO MARIA ABERG COBO a/k/a ALEX COBO,<br><br>       Defendants. | Case No. 2:24-cv-6089-JMA-AYS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs, SDN Limited and Steven Nerayoff, in the above-captioned matter.

Dated: March 27, 2025
   Brooklyn, New York

                 Respectfully submitted,

                 /s/ Ievgeniia P. Vatrenko
                 Ievgeniia P. Vatrenko, Esq.
                 2 Northside Piers
                 Brooklyn, New York 11249
                 (718) 451-6384
                 jenny@vatrenkoesq.com