## IEVGENIIA P. VATRENKO, ESQ.

2 NORTHSIDE PIERS, BROOKLYN NY 11249
Tel: 718 451 6384 • jenny@vatrenkoesq.com

March 27, 2025

**VIA ECF**

Judge Joan M. Azrack                     Magistrate Judge Anne Y. Shields
100 Federal Plaza Central                100 Federal Plaza
Islip, NY 11722                          Central Islip, NY 11722

Re:    *SDK Limited et al. v. IOV Labs Limited et al.*, Case No. 2:24-cv-6089

Dear Judge Azrack and Judge Shields:

I represent Plaintiffs SDK Limited and Steven Nerayoff in the above-referenced case. I write pursuant to the Court's January 27, 2025, order directing Plaintiffs to notify the Court regarding their retention of new counsel and state how they intend to proceed. Earlier today, I entered my appearance for Plaintiffs, and I will reach out to Defendants' counsel to discuss the next steps and provide an update to the Court.

Respectfully submitted,

_____
Ievgeniia P. Vatrenko, Esq.

cc: All counsel of record via CM-ECF