# IEVGENIIA P. VATRENKO, ESQ.

2 NORTHSIDE PIERS, BROOKLYN NY 11249
Tel: 718 451 6384 • jenny@vatrenkoesq.com

May 23, 2025

**VIA ECF**

| | |
|---|---|
| Judge Joan M. Azrack | Magistrate Judge Anne Y. Shields |
| 100 Federal Plaza Central | 100 Federal Plaza |
| Islip, NY 11722 | Central Islip, NY 11722 |

*Re:*  *SDN Limited et al. v. IOV Labs Limited et al.*, **Case No. 2:24-cv-6089**

Dear Judge Azrack and Judge Shields:

I represent Plaintiffs SDN Limited and Steven Nerayoff in the above-referenced case. I write pursuant to the Court's May 14, 2025, order directing Plaintiffs to file a status report.

Plaintiffs intend to amend the complaint to correct several factual inaccuracies. Upon conferral, the parties agreed that Plaintiffs will provide a copy of the proposed amended complaint, with any revisions in track changes, to Defendants on or before June 20, 2025, for Defendants' determination whether to stipulate to or oppose the proposed amendments.

Respectfully submitted,

Ievgeniia P. Vatrenko, Esq.

cc: All counsel of record via CM-ECF