**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7102**

WRITER'S EMAIL ADDRESS
**mariogazzola@quinnemanuel.com**

October 21, 2025

<u>VIA ECF</u>

Honorable Joan M. Azrack, U.S.D.J.
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

Re:   *SDN Limited v. IOV Labs Limited*, Case No. 2:24-cv-06089

Dear Judge Azrack:

      We write on behalf of Defendants Rootstock LabsLimited ("**RootstockLabs**," the present name for IOV Labs Limited and RIF Labs Limited) and RSK Labs Limited ("**RSK**") to respectfully request leave to exceed the page limit set forth in your Honor's Individual Practices § IV.C as to Defendants' forthcoming motions to dismiss and to compel arbitration briefing in the above-captioned matter.

      The Court's Order entered September 12, 2025 directs Defendants to serve three separate briefs by October 24, 2025: (1) opposition papers to Plaintiffs' motion to amend; (2) any motions to dismiss the complaint and proposed amended complaint; and (3) any motion to compel arbitration.

      RootstockLabs intends to combine into a single brief its motion to dismiss and motion to compel arbitration in light of the overlapping arguments and factual background relevant to both motions. Individual Rule IV.C limits motions to 25 pages. RootstockLabs respectfully requests an extension to 50 pages for the combined brief, which would still only represent 25 pages per motion, consistent with Individual Rule IV.C.

      Plaintiffs confirmed on October 20, 2025 that they do not oppose Defendants' request.

Sincerely,

*/s/ Mario O. Gazzola*

Mario O. Gazzola

CC:   All counsel of record

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH