**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS
U.S. MAGISTRATE JUDGE

DATE: 7/15/26
TIME: 2:00 PM
FTR: 2:10-2:25

CASE: **CV 24-6089-JMA-AYS-** SDN Limited et al v. IOV Labs Limited et al

TYPE OF CONFERENCE: MOTION

APPEARANCES:

Plaintiff: **Ievgeniia Vatrenko**

Defendant: **Mario O. Gazzola**

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.